**BERWICK TOWNSHIP, Respondent**

v.

**Robert F. O'BRIEN, Linda A. O'Brien, Robert F. O'Brien, Jr., and Lydia A. O'Brien, Petitioners**

No. 923 MAL 2016

Supreme Court of Pennsylvania.

May 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.